IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHRISTOPHER ELLIS, ROBERT SCHMITZ,                                    PLAINTIFFS
and GREGORY SUBECK, on behalf of
themselves and all others similarly situated

V.                                                  CIVIL ACTION NO. 3:18-CV-73-SA-JMV

BAPTIST MEMORIAL HEALTH CARE
CORPORATION                                                            DEFENDANT

SUPPLEMENTAL ORDER ON CERTIFICATION AND NOTICE

On February 27, 2019, the Court conditionally certified this collective action under the Fair Labor Standards Act. *See* Order [41]. At that time, the Court also found that the proposed notice was deficient in several respects and gave the Plaintiffs an opportunity to correct the notice. *See* Order [42]. On March 1, 2019, the Plaintiffs submitted an amended notice form [47]. The Court approves the form of the notice. The Plaintiffs are authorized to send such notices by U.S. mail, or electronic mail when possible, no later than April 9, 2019. The Plaintiffs shall notify the Court of the mailing of such notices through a filing on the docket by April 12, 2019. Opt-in returns from prospective class members must be postmarked no more than sixty days from the date that the notices are mailed to be deemed timely for the purposes of joining this collective action. *See* Order [42]; *see also* Notice [47].

SO ORDERED this the 25th day of March, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE