IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHRISTOPHER ELLIS, et. al,

    Plaintiffs,

v.                                                  Case No. 3:18-cv-00073-SA-JMV

BAPTIST MEMORIAL HEALTH CARE
CORPORATION,

    Defendant.

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the court following the [46] supplemental case management conference. Consistent with the corresponding [101] minutes,

IT IS HEREBY ORDERED that certain deadlines in the court's case management order are amended as follows:

1. Amendment of pleadings and joinder of parties shall be completed by August 28, 2019;

2. Plaintiff's experts must be designated by November 1, 2019;

3. Defendant's experts must be designated by December 2, 2019;

4. All discovery must be completed by March 2, 2020;

5. All dispositive (including motions for final certification/decertification) and *Daubert*-type motions must be filed by March 30, 2020.

Finally, the parties anticipate a five-day jury trial in this matter.

SO ORDERED this 9th day of July, 2019.

                                        /s/ Jane M. Virden_____
                                        **UNITED STATES MAGISTRATE JUDGE**