IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHRISTOPHER ELLIS, *ET AL.*            PLAINTIFFS

VS.            CIVIL ACTION NO.: 3:18-cv-73-SA-JMV

BAPTIST MEMORIAL HEALTH CARE CORPORATION            DEFENDANT

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the court on the [129] joint motion of the parties to amend the [123] case management order.

**IT IS HEREBY ORDERED** that certain deadlines in the court's case management order are hereby amended as follows:

1. All discovery must be completed by August 28, 2020;

2. All dispositive and *Daubert*-type motions challenging another party's expert must be filed by September 28, 2020.

Finally, the parties are forewarned that no further extensions shall be granted.

**SO ORDERED** this 11th day of July, 2020.

           /s/ Jane M. Virden
           **UNITED STATES MAGISTRATE JUDGE**