**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

CHRISTOPHER ELLIS, ROBERT L.                                    PLAINTIFFS
SCHMITZ, AND GREGORY SURBECK,
on behalf of themselves and others
similarly-situated,

v.                                                     Case No. 3:18-cv-00073-SA-JMV

BAPTIST MEMORIAL HEALTH CARE
CORPORATION                                                    DEFENDANT

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Plaintiffs Christopher Ellis, Robert L. Schmitz, and Gregory Surbeck (the "Named Plaintiffs") and Defendant Baptist Memorial Health Care Corporation ("BMHCC" or "Defendant") (collectively "the Parties") hereby respectfully move the Court for approval of their proposed settlement of this Fair Labor Standards Act ("FLSA") collective action seeking overtime compensation and for an order dismissing the case with prejudice.

In support of their Joint Motion, the Parties respectfully submit that the settlement is a fair, adequate, and reasonable resolution of the Parties' *bona fide* dispute as to liability and damages under the FLSA and appropriately balances the viability of Plaintiffs' claims and the risks inherent in further litigation in light of the defenses asserted by BMHCC.

In support of their Joint Motion, the Parties rely upon the contemporaneously filed Memorandum in Support of this Motion. The Parties' are submitting their proposed Settlement Agreement for *in camera* review by the Court and will finalize and fully execute the Agreement upon this Court's approval.

**WHEREFORE**, the Parties jointly and respectfully request that this Court review the proposed settlement *in camera* and approve the Parties' settlement agreement and the distribution

of the settlement amount to Plaintiffs in full as described above and as set forth in the attached Settlement Agreement. Furthermore, the Parties jointly request that the Court award as reasonable the attorneys' fees and litigation costs in the amount requested in the Settlement Agreement. Finally, the Parties jointly request that this action be dismissed with prejudice upon the Court's entry of an order approving the settlement.

<div align="center" style="margin-left:40%">

Respectfully submitted,

*/s/ James D. Harper (with permission)*
James D. Harper (MS Bar No. 99386)
Harper Little, PLLC
800 College Hill Road, Suite 5201
P.O. Box 3150
Oxford, MS 38655
Telephone: (662) 234-0320
Facsimile (662) 259-8464
Email: james@harperlittlelaw.com

Counsel for Plaintiffs


*/s/ Matthew G. Gallagher*
Matthew G. Gallagher (MS Bar No. 103159)
Littler Mendelson, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
Telephone: (901) 795-6695
Email: mgallagher@littler.com

Counsel for Defendant

</div>

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Motion has been served via the Court's electronic case filing system on this, the 19th day of March, 2021, upon the following:

James D. Harper
Harper Little, PLLC
800 College Hill Road, Suite 5201
P.O. Box 3150
Oxford, MS 38655
Telephone: (662) 234-0320
Facsimile (662) 259-8464
Email: james@harperlittlelaw.com

*/s/ Matthew G. Gallagher*